Robert C. Carlson, Esq. (SBN 097473)
Sharon A. Huerta, Esq. (SBN 186998)
Sarah P. Long, Esq. (SBN 251850)
Koeller, Nebeker, Carlson & Haluck, LLP
225 Broadway, 21st Floor
San Diego, CA 92101
T: 619-233-1600; F: 619-236-0527
Sharon.Huerta@knchlaw.com

Attorneys for Plaintiff,
PULTE HOME CORPORATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULTE HOME CORPORATION, | Case No. 3:16-cv-02567-H-AGS |
| Plaintiff, | Assigned to Hon. Marilyn L. Huff |
| v. | **NOTICE OF APPEAL** |
| AMERICAN SAFETY INDEMNITY COMPANY, | |
| Defendant. | |

Under Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff, Pulte Home Corporation, appeals in the above-named case to the United States Court of Appeals for the Ninth Circuit from the judgment dated and entered on the docket on May 16, 2018. (ECF No. 66.)

Further, the district court's orders denying Plaintiff's Motions for Partial Summary Judgment re collateral estoppel and Fourth Cause of Action and granting Defendant's Cross-Motion for Summary Judgment (ECF No. 65), denying Plaintiff's Motion for Partial Summary Judgment re First Cause of Action (ECF No. 25) and request for reconsideration thereof (ECF No. 33), and denying

Plaintiff's Motion for Partial Summary Judgment re choice of law (ECF No. 19) have merged into the judgment and are reviewable as part of this appeal because those orders were not appealable when entered.

DATED: June 14, 2018    Koeller, Nebeker, Carlson & Haluck, LLP

*/s/ Sharon A. Huerta*
———————————————————

Sharon A. Huerta, Esq.
Attorneys for Plaintiff

Case Number 3:16-cv-02567-H-AGS
*Pulte Home Corporation v. American Safety Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the United States District Court by using the Court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Specifically, notice is provided to:

Robert Wayne Keaster, Esq.
**Attorney for Defendant TIG Insurance Company/American Safety Indemnity Company**
rkeaster@ckbllp.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this certificate was executed on June 14, 2018, at San Diego, California.

_____
Lisa A. Punzo